the District of Columbia denied. *Mr. George Wolf* for petitioner. *Solicitor General Thacher* and *Messrs. Paul D. Miller, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 590. CESAR *v.* ILLINOIS EX REL. McDONOUGH. February 6, 1933. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Roy D. Keehn* for petitioner. *Messrs. Wm. H. Sexton, Francis X. Busch,* and *Montgomery S. Winning* for respondent.

No. 593. GOLD *v.* UNITED STATES. February 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harry N. Pritzker* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller, Mahlon D. Kiefer,* and *W. Marvin Smith* for the United States.

Nos. 618 and 619. RIO BRAVO OIL Co. ET AL. *v.* WEED ET AL. February 6, 1933. Petitions for writs of certiorari to the Supreme Court of Texas denied. *Messrs. John P. Bullington, J. H. Tallichet,* and *W. D. Gordon* for petitioners. *Messrs. H. L. Stone, Will E. Orgain, R. L. Batts,* and *John E. Green, Jr.,* for respondents.

No. 549. VILES *v.* UNITED STATES. February 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Edmond L. Viles, pro se.* No appearance for the United States.